USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

PATRICK MCGAGH           :

        Petitioner,    :           ORDER
                                       07 cv 9289 (SHS)

   - v. -                :

UNITED STATES OF AMERICA,   :

        Respondent.    :

------------------------------------x

IT IS HEREBY ORDERED that, with the [*inter*] consent of the Government [*dated Aug 25, 2008*], Petitioner's motion pursuant to 28 U.S.C. § 2255 is granted, and Petitioner's conviction is hereby vacated.

Dated: New York, New York
       August 25, 2008

                                          _____
                                          HONORABLE SIDNEY H. STEIN
                                          UNITED STATES DISTRICT JUDGE